UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARLENA MACK                                                                                         PLAINTIFF

VERSUS                                                                      CIVIL ACTION NO. 1:06CV559-RHW

WAFFLE HOUSE                                                                                     DEFENDANT

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a)(1), and consistent with the Court's memorandum opinion and order granting Defendant's [34] Motion for Summary Judgment, the Court enters this separate judgment dismissing Plaintiff's complaint.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed.

SO ORDERED, this the 18th day of April, 2007.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE